```
SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
KENNETH DAVIDSON
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KENNETH DAVIDSON, | Case No.: 2:24-cv-02027-HDV (PDx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| ISCIA LOPEZ D/B/A FORMULA 1 PAINT & BODY; SCOTT BOWLES; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff KENNETH DAVIDSON ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: July 26, 2024        SO. CAL EQUAL ACCESS GROUP

                             */s/ Jason J. Kim*
                             JASON J. KIM
                             Attorney for Plaintiff